1 Timothy D. Cotterell
2 Attorney at Law
3 6 S 2nd St., Suite 722
Yakima, WA 98901
4
5 Attorney for Defendant
6 MARCOS ANTONIO CRUZ

7
8                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
9                (HONORABLE ROBERT H. WHALEY)
10
11 UNITED STATES OF AMERICA    )
                               )   CR-09-2087-RHW
12              Plaintiff,     )
13                             )   MOTION TO COMPEL INTERVIEW
   vs.                         )   WITH GOVERNMENT
14                             )   INFORMANT
15 MARCOS ANTONIO CRUZ,        )
                               )
16              Defendant.     )
17                             )
                               )
18

19
20 TO:   JAMES A. McDEVITT, UNITED STATES ATTORNEY
       THOMAS J. HANLON, ASSISTANT UNITED STATES ATTORNEY
21
22
        MARCOS ANTONIO CRUZ, by and through his attorney, Timothy D. Cotterell,
23
24 hereby requests that the Court order the Government to make the informant in this case

25 available for an interview.

26     I hereby certify that on February 21, 2010 I electronically filed the foregoing with the

27 clerk of the court using the CM/ECF System which will send notification of such to the

28 following: Thomas J. Hanlon, U.S. Attorney.

29     DATED this 21st day of February, 2010.
30
31
                              s/Timothy D. Cotterell
32                            TIMOTHY D. COTTERELL (WSBA #19380)
                              Attorney for Defendant
33
34

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34

MOTION TO COMPEL INTERVIEW WITH
GOVERNMENT INFORMANT

Timothy D. Cotterell
Attorney at Law
6 South Second St., #722
Yakima, WA 98901
(509) 225-3491