PROB 12C
(6/16)

Report Date: July 19, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcos Antonio Cruz                                  Case Number: 0980 2:09CR02087-RHW-1

Address of Offender:                  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 1, 2011

Original Offense:        Possession of Firearm in Furtherance of Drug Trafficking Crime, 21 U.S.C. §
                         924(c)(1)(A)

Original Sentence:       Prison - 84 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Thomas J. Hanlon                Date Supervision Commenced: March 7, 2016

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: March 6, 2021

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Cruz was arrested and charged with driving under the influence, cause number 8Z070300, and for open alcoholic container and improper lane usage, cause number 8Z0703001, through Yakima County District Court on July 13, 2018.<br><br>On March 8, 2016, supervised release conditions were reviewed and signed by Mr. Cruz acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another federal, state, or local crime.<br><br>On July 13, 2018, Mr. Cruz was arrested and charged with driving under the influence, open container, and improper lane usage. According to the Washington State Patrol narrative report, dispatch received two calls reporting an erratic vehicle driving Westbound on I 82 and the description of the vehicle was provided. The Trooper located the vehicle. He also observed the vehicle crossing the center and side lines before conducting a traffic stop. Upon contacting the driver, the trooper detected a strong odor of intoxicants. Field sobriety tests, in addition to a portable Breathalyzer test, determined Mr. Cruz was driving under the |

Prob12C
**Re: Cruz, Marcos Antonio**
**July 19, 2018**
**Page 2**

    influence of alcohol.  The report also indicates Mr. Cruz admitted having consumed three or four beers.  Mr. Cruz was arrested and transported to the Yakima County Jail.  While at the jail, Mr. Cruz submitted two additional Breathalyzer tests which registered a blood alcohol content level of .140/.145 and .132/.138, using the ALCOTEST device. Mr. Cruz was subsequently booked into the Yakima County Jail on the charges noted above.

2    **Special Condition #19**: You shall abstain from alcohol and shall submit  testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Mr. Cruz consumed alcohol on July 13, 2018.

    On March 8, 2016, supervised release conditions were reviewed and signed by Mr. Cruz acknowledging his understanding of special condition number 19, which prohibits him from consuming alcohol.

    On July 13, 2018, Mr. Cruz was arrested for driving under the influence of alcohol. According to the Washington State Patrol narrative report, Mr. Cruz was pulled over on a traffic stop.  The trooper smelled a strong odor of intoxicants coming from Mr. Cruz.  Mr. Cruz showed signs of being intoxicated by failing field sobriety tests.  Mr. Cruz agreed to a portable Breathalyzer test which returned with a blood alcohol content of .169.  Prior to being booked at the Yakima County Jail, Mr. Cruz submitted two additional Breathalyzer tests which registered a blood alcohol content level of .140/.145 and .132/.138, using the ALCOTEST device.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 19, 2018

    s/Jose Zepeda

    Jose Zepeda
    U.S. Probation Officer

Prob12C
**Re: Cruz, Marcos Antonio**
**July 19, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Robert A. Whaley*
Signature of Judicial Officer

7/20/2018
Date